UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LOVELLE LANG,<br>Petitioner | CIVIL DOCKET NO. 1:19-CV-1290-P |
| VERSUS | JUDGE DRELL |
| CHRIS McCONNELL,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 7), and after a de novo review of the record including the Objection filed by Petitioner (Doc. 8), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is hereby DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue, but WITHOUT PREJUDICE as to the merits of Lang's claim.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 16th day of December, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE